**Barket RE**

**From:** Barket RE
**Sent:** Wednesday, January 18, 2023 10:10 AM
**To:** Richard Keneman
**Subject:** Letter from Keith Barket

Dear Dick,

I cannot continue our arrangement any longer.
I originally said I would agree to a short-term guarantee of 90 days, until Sol could secure a construction loan.
Then, I extended another 90 days which has expired.
I did tell you I would help with a new equity fund participation of one million dollars, assuming the current loan would be paid off in full of the construction loan.

Sincerely,
Keith

Postal Building and Leasing
720 Olive Street, Suite 1630
St. Louis, MO 63101
**Email:** barket@postalbuilding.com
**Phone:** 314-421-2220
**Fax:** 314-421-2221

EXHIBIT
3